UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
------------------------------------x

JOSEPH ORTIZ, ON BEHALF OF HIMSELF
AND ALL OTHER PERSONS SIMILARLY
SITUATED,

          Plaintiff,

          v.

NASCAR DIGITAL MEDIA, LLC,

          Defendant.

------------------------------------x

No.: 1:22-cv-694

ECF CASE

**STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, JOSEPH

ORTIZ, and Defendant, NASCAR DIGITAL MEDIA, LLC, in accordance with Rule

41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that the above entitled action be

dismissed with prejudice and without fees and costs.

Dated: New York, New York
       May 17, 2023

| GOTTLIEB & ASSOCIATES | FISHER & PHILLIPS LLP |
|---|---|
| *[signature]* | *[signature]* |
| Jeffrey M. Gottlieb, Esq. | Steve A. Miller, Esq. |
| 150 East 18th Street, Suite PHR | 10 South Wacker Drive, Suite 3450 |
| New York, NY 10003 | Chicago, IL 60606 |
| Phone: (212) 228-9795 | Phone: (312) 580-7817 |
| Fax: (212) 982-6284 | Fax: |
| Jeffrey@Gottlieb.legal | smiller@fisherphillips.com |
| *Attorneys for Plaintiff* | *Attorney for Defendant* |